Certificate Number: 03088-NJ-CC-041157849



03088-NJ-CC-041157849

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 1, 2026, at 12:51 o'clock PM CDT, Brittney A Martin received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   July 1, 2026                    By:      /s/Katherine Minnich

                                        Name:   Katherine Minnich

                                        Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).